**Lawanda THOMAS, Appellant,**

v.

**MEDICAL EMPLOYMENT DIRECTORY OF ST. LOUIS, L.L.C. and Division of Employment Security, Respondents.**

**No. ED 104433**

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE.**

Filed: February 28, 2017

Lawanda Thomas, Acting Pro Se, St. Louis, MO, for Appellant.

Ninion S. Riley, Atty. for Division of Employment Security, Jefferson City, MO, Medical Employment Directory of St. Louis, L.L.C., Respondent Acting Pro Se, St. Louis, MO, for Respondent.

Before Robert M. Clayton III, P.J.,
Mary K. Hoff, J., and Lisa P. Page, J.

ORDER

PER CURIAM.

Lawanda Thomas ("Claimant") appeals two decisions of the Labor and Industrial Relations Commission denying her unemployment benefits. We find the Commission did not err in denying Claimant unemployment benefits.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The decision of the Commission is affirmed under Rule 84.16(b).